United States District Court
Southern District of Texas
**ENTERED**
February 01, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SERGIO TORRES, On Behalf of Himself and on Behalf of Others Similarly Situated,     Plaintiffs, § § § § § | |
| v. § § | CIVIL ACTION NO. H-19-2376 |
| OPRONA, INC. d/b/a Rosen USA,     Defendant. § § § | |

# FINAL JUDGMENT

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Defendant Oprona, Inc. d/b/a Rosen USA's Motion for Summary Judgment [Doc. # 46] is **GRANTED** and Plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

This is a final, appealable judgment.

SIGNED at Houston, Texas, this 29th day of **January, 2021**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2019\2376FJ.wpd   210128.1344